# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-05171-ODW (PDx) | Date | July 30, 2024 |
|---|---|---|---|
| Title | *Juan Valencia v. Domestique Cycles LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On June 21, 2024, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 12.) Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due." (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) According to Plaintiff's Proof of Service, Defendant John David Fries's response to the Complaint was due by July 24, 2024. (*See* Proof of Service, ECF No. 15 (indicating personal service on Defendant John David Fries on July 3, 2024).) More than five days have passed since that deadline and Plaintiff has not requested entry of default as required. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |